IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CATRINA LASHAWN PHILLIPS,**
individually and as parent and natural
guardian of Z.A., a minor, and J.A., a minor                    **PLAINTIFF**

v.                              Case No. **4:20-cv-01462 KGB**

**WILL HENRY OGBURN**                                           **DEFENDANT**

## ORDER

Before the Court is the motion for substitution of counsel of plaintiff Catrina Lashawn Phillips, individually and as parent and natural guardian of Z.A., a minor, and J.A., a minor (Dkt. No. 7). Ms. Phillips requests that the Court substitute Keith McPherson, of Rainwater, Holt & Sexton, P.A., for Bryce Brewer of Rainwater, Holt & Sexton, P.A as her counsel of record in this matter. For good cause, the Court grants the motion (*Id.*). The Court directs the Clerk to terminate Mr. Brewer and substitute Mr. McPherson as counsel of record for Ms. Phillips in this matter.

Also before the Court is the parties' joint stipulation of dismissal (Dkt. No. 8). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this the 18th day of October, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge